# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

EDWIN MELENDEZ-LOPEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0963

————————————————

January 30, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

Rachael E. Reese of Rachael Reese, P.A., Tampa, for Appellant.

PER CURIAM.

 Affirmed.

SILBERMAN, LaROSE, and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.